UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                    CASE NO. 8:24-cr-270-SDM-UAM

JUAN MARTINEZ

**STATUS REPORT FOR SEPTEMBER 10, 2024**

The United States of America submits this status report, advising the Court of the current status of the case.

1. **Brief summary of the case's status**

The Government believes that it can establish the following facts. Juan Arturo Martinez ("Martinez") is an alien and Mexican citizen. In 2002, Martinez submitted a U.S. Passport Application on which he put his place of birth as Mission, Texas. In 2012, Martinez submitted a Form DS-82 U.S. Passport Renewal Application on which he put his place of birth as Mission, Texas. On September 11, 2021, Martinez used the U.S. Passport (number 489406582) that he had secured by reason of a false statement to gain entry in the U.S. at the Port Canaveral, Seaport. On April 12, 2022, Martinez submitted a Form DS-82 U.S. Passport Renewal Application and fraudulently stated that his place of birth was "Mission, TX."

Martinez had his initial appearance in the Middle District of Florida on June 18, 2024. Martinez was released on bond. Martinez is represented by attorney Richard Reinhart. The case is currently set on the Court's October 2024 trial calendar.

The United States has produced its initial discovery production.

2. **Possibility of a plea agreement**

The government has provided defense with a plea agreement.

3. **Number of days required for trial**

The United States expects that a trial would last approximately two to three days.

4. **Pending motions**

None at this time.

5. **Speedy trial issues**

No speedy trial issues at this time.

WHEREFORE, the United States respectfully requests that the Court take notice of the above.

                                    Respectfully submitted,

                                    ROGER B. HANDBERG
                                  United States Attorney

By:    */s/ Karyna Valdes*
        Karyna Valdes
        Assistant United States Attorney
        Florida Bar No. 0122261
        400 North Tampa Street, Suite 3200
        Tampa, Florida 33602
        Telephone: (813) 274-6000
        Facsimile: (813) 274-6125
        E-mail: karyna.valdes@usdoj.gov

U.S. v. MARTINEZ                               Case No. 8:24-cr-270-SDM-UAM

## CERTIFICATE OF SERVICE

I hereby certify that on September 10, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to counsel for the parties of record.

                                                      /s/ *Karyna Valdes*
Karyna Valdes
Assistant United States Attorney
Florida Bar No. 0122261
400 North Tampa Street, Suite 3200
Tampa, Florida 33602
Telephone: (813) 274-6000
Facsimile: (813) 274-6125
E-mail: karyna.valdes@usdoj.gov

4