```
                    UNITED STATES DISTRICT COURT
                     MIDDLE DISTRICT OF FLORIDA
                           TAMPA DIVISION
```

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                          CASE NO:  8:24-cr-270-SDM-UAM

JUAN ARTURO MARTINEZ,

    Defendant.

_____/

## DEFENDANT'S UNOPPOSED MOTION TO CONTINUE

    COMES NOW the Defendant, by and through the undersigned attorney, pursuant to Rule 12(b), Fed.R.Cr.P., the V and VI Amendments the Constitution, and any other applicable law, and moves this Honorable Court to enter an Order continuing the above-styled cause, and as grounds therefore states:

    1.    The Defendant is charged with Use of Passport Secured by False Statement and Passport Fraud in the above-styled cause.

    2.    The United States has now provided Discovery to the Defendant, including a copy of the Defendant's immigration file.

    3.    The Defendant has not had sufficient time to review the Discovery nor investigate the case for possible pre-trial motions or defenses.  The Defendant has completed his preliminary review, but needs additional time to fully co9mplete his investigation.

    4.    The parties are also engaged in plea discussions to determine if this matter can be resolved short of trial.

    5.    The Defendant had waived Speedy Trial through November 31, 2024.

6. The undersigned attorney has discussed this request with Karyna Valdes, the Assistant United States Attorney in charge of this matter, and she has no objection to the Defendant';s request for a two-cycle continuance thereby placing this matter on the Court's December trial calendar.

7. The Defendant will be unable to properly prepare prior to the date this matter is currently set for trial and unless continued, the Defendant will be unable to present a competent defense to the allegations contained in the Indictment.

Respectfully submitted,

*s/Richard C. Reinhart*
Richard C. Reinhart
Florida Bar No. 710260
538 12th Street West
Bradenton, FL 34205
(941) 747-1492
Fax: (941) 746-1598
richard@bradentonlawgroup.com

## CERTIFICATE OF GOOD FAITH

I HEREBY CERTIFY that this motion is made in good faith and not for the purposes of unnecessary delay or to gain an unfair advantage on the prosecution.

*s/Richard C. Reinhart*
Richard C. Reinhart
Attorney for Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing has been electronically filed with the Clerk of Court by using the CM/ECF which will send

notice of electronic filing to the Office of the United States Attorney, 400 North Tampa Street, Suite 3200, Tampa, FL 33602 on this the 11th day of September, 2024.

<u>s/Richard C. Reinhart</u><br>
Richard C. Reinhart<br>
Attorney for Defendant