UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.   CASE NO: 8:24-cr-270-SDM-UAM

JUAN ARTURO MARTINEZ
_____/

**ORDER**

Juan Arturo Martinez moves (Doc. 31) unopposed to continue the trial from the October 2024 trial calendar to the December 2024 trial calendar. Because defense counsel requires additional time to review discovery, the ends of justice outweigh the interests of the defendant and of the public in a speedy trial. The unopposed motion to continue (Doc. 31) is **GRANTED**, and the trial is continued to the December 2024 trial calendar. The time from today through January 5, 2025 is "excludable time" under 18 U.S.C. § 3161(h).

ORDERED in Tampa, Florida, on September 17, 2024.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE